JOHN P. CARDOSI, ESQ., State Bar No. 111381
POPELKA ♦ ALLARD, A P.C.
160 W. Santa Clara Street, 12th Floor
San Jose, CA 95113-1733
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

Attorneys for Plaintiff
JOHN R. HOSKINS

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. HOSKINS, | No. C 04-03433 RS |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | |
| TRIDENT TEK, INC. | |
| Defendant. | |

It is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear their own costs and attorneys fees.

DATED: June 24, 2005          POPELKA ♦ ALLARD, A P.C.

By: _____
JOHN P. CARDOSI
Attorneys for Plaintiff
JOHN R. HOSKINS

DATED: June 27, 2005          LAW OFFICES OF NANCY E. HUDGINS

By _____
NANCY E. HUDGINS
Attorneys for Defendant
TRIDENT TEK, INC.

POPELKA ♦ ALLARD, A P.C.
160 W. Santa Clara St., 12th Flr.
San Jose, CA 95113-1733
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

STIPULATION FOR DISMISSAL                 1
C 04-03433 RS

TOTAL P.03
TOTAL P.01